IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00680-WDM-BNB

JOSHUA JACKSON,

Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  Pursuant to the Scheduling Conference held on May 12, 2009, it is hereby ORDERED that a **Pretrial Conference** is set for **November 16, 2009, at 10:00 a.m.**, in Courtroom A-401, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

  The Final Pretrial Order shall be submitted pursuant to District of Colorado ECF Procedures V.L.1.b. on or before **November 9, 2009**.  The Final Pretrial Order should be prepared in accordance with Appendix G, D.C.COLO.LCivR.


DATED:  May 12, 2009