IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00680-WDM-BNB

JOSHUA JACKSON,

Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., and
STACY L. KEY, a/k/a Serina Jordan,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to File the First Amended Complaint and Jury Demand** [Doc. # 17, filed 8/3/2009] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand [Doc # 17-2].

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

        Discovery Cut-Off:        October 14, 2009

        Dispositive Motion Deadline:        October 30, 2009.

IT IS FURTHER ORDERED that in view of the Amended Complaint, the defendants may reopen the plaintiff's deposition for not more than an additional two hours of examination.

The reopened deposition may occur at the offices of defense counsel in Denver, Colorado, and shall be completed on or before the discovery cut-off.

Dated August 19, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge