IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00680-WDM-BNB

JOSHUA JACKSON,

Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., and
STACY L. KEY, a/k/a Serina Jordan,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendants' Motion to Compel Responses to Interrogatories and Production of Documents** [Doc. # 24, filed 10/13/2009] ("Defendants' Motion to Compel"); and

(2)     **Plaintiff's Motion to Compel the Defendants' Responses to the Plaintiff's Written Discovery Requests Pursuant to Fed. R. Civ. P. 34 and 37** [Doc. # 28, filed 10/14/2009] ("Plaintiff's Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that Defendants' Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the plaintiff to provide the following discovery on or before **November 13, 2009**:

Interrogatory No. 3:   The plaintiff shall answer the interrogatory to the extent it requires

him to state his total income for the time period January 1, 2009, through April 30, 2009, including all sources of income and the amount of income derived from each source;

Production Request No. 1: The plaintiff shall produce all income tax returns (if any) in his possession, custody, or control for the time period January 1, 2009, through April 30, 2009;

Production Request No. 2: The plaintiff shall produce all of his paycheck stubs in his possession, custody, or control for the time period January 1, 2009, through April 30, 2009;

Production Request No. 3: The plaintiff shall produce all documents in his possession, custody, or control relating to and showing his work schedule, including dates and times, for the time period January 1, 2009, through April 30, 2009; and

Production Request No. 4: The plaintiff shall produce all documents in his possession, custody, or control constituting disciplinary actions or performance evaluations relating to the plaintiff's employment during the time period November 1, 2009, through April 30, 2009; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the defendants to produce on or before **November 13, 2009**, all documents responsive to Production Requests 1 and 2 in the defendants' possession, custody, or control for the time period November 1, 2008, through March 31, 2009; and

DENIED in all other respects**.**

IT IS FURTHER ORDERED that the final pretrial conference set for November 16, 2009, at 10:00 a.m., is VACATED and RESET to **December 9, 2009, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **December 7, 2009**.

Dated November 6, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge