IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00680-WDM-BNB

JOSHUA JACKSON,

Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., and
STACY L. KEY, a/k/a Serina Jordan,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental final pretrial conference is set for **December 22, 2009, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised final pretrial order, modified as discussed at the hearing today, and submit it to the court on or before **December 18, 2009**. Plaintiff's counsel may appear at the supplemental final pretrial conference by telephone by contacting the court at 303-844-6408.

IT IS FURTHER ORDERED that the parties shall submit briefs addressing the stipulated fact issue on or before **December 18, 2009**. In particular, the parties shall brief the issue of whether a fact can be "stipulated" if a party claims that it is irrelevant.

IT IS FURTHER ORDERED that a settlement conference will be held on **February 16, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **February 9, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated December 9, 2009.

BY THE COURT:

s/ Boyd N. Boland  
United States Magistrate Judge