IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 09-cv-00680-WDM-BNB

JOSHUA JACKSON,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC. and
STACY L. KEY, a/k/a Serina Jordan,

    DefendantS.

_____

**ORDER OF DISMISSAL OF STACY L. KEY**

Pursuant to stipulation by the parties made in open court on May 10, 2010, all claims as to defendant Stacy L. Key only are dismissed with prejudice.

DATED at Denver, Colorado, on May 11, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL