IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer<br>Court Reporter: Darlene Martinez | Date: May 6, 2010 |

**Civil Action No. 09-cv-00680-WDM-BNB**

| Parties: | Counsel: |
|---|---|
| JOSHUA JACKSON, | David Larson<br>Richard Wynkoop |
| Plaintiff, | |
| vs. | |
| DIVERSIFIED COLLECTION SERVICE, INC.,<br>*a California corporation,* and<br>STACY L. KEY,<br>*a/k/a Serina Jordan,* | Joseph Lico<br>Steven Wienezkowski |
| Defendant. | |

## COURTROOM MINUTES

**Hearing Regarding: Further Trial Preparation / Status Conference**

**3:31 p.m.     Court in session**.

Appearances of counsel.

Opening statements by the Court.

The Court and counsel discuss the Court's proposed introductory jury instructions.

Statements to the Court by Mr. Larson.

Statements to the Court by Mr. Lico.

Statements to the Court by Mr. Wynkoop.

Statements to the Court by Mr. Wienczkowski.

Mr. Larson advises the Court that Mr. Marvin Willis will not be available for the trial.

Mr. Larson tenders to the Court a copy of a note from Mr. Willis's doctor.

Argument by counsel as to Mr. Marvin Willis not being available at trial.

**It was ORDERED:**

1. That the plaintiff shall provide the Court with further verified statement by Mr. Willis's physician as to his availability to appear at trial.

2. That the defendant's Motion in Limine *to Exclude Reference to Unrelated Lawsuits, Complaints or Claims* [#70] filed April 23, 2010, is **taken under advisement.**

3. That defendant's Motion in Limine *to Preclude the Testimony of Marvin Willis* [#71] filed April 23, 2010, is **taken under advisement.**

4. That defendant's Motion in Limine *to Preclude the Testimony of Patricia Pinelle*, [#72] filed April 23, 2010, is **taken under advisement.**

5. That plaintiff's Motion in Limine *re: Existence of Debt* [#81] filed April 26, 2010, is **denied with prejudice.**

6. That plaintiff's Motion in Limine *re: Deadbeat Argument* [#82] filed April 26, 2010, is **granted in part and denied in part with prejudice.**

7. That plaintiff's Motion in Limine *re: Plaintiff's Motives* [#83] filed April 26, 2010, is **taken under advisement.**

8. That plaintiff's Motion in Limine *re: Attorney Motives* [#84] filed April 26, 2010, is **granted with prejudice.**

The Court and counsel discuss the appearances of witnesses.

**4:20 p.m.    Court in recess.**

Total in-court time: 00:49 minutes
Hearing concluded.