IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-00680-WDM-BNB

JOSHUA JACKSON,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

    Defendant.

## MOTION FOR ATTORNEYS FEES

COMES NOW the Plaintiff, by and through his counsel, David M. Larson, and hereby files this Motion for Attorneys Fees against the Defendant. In support of this motion, the Plaintiff states as follows:

1. Plaintiff brought a claim against the Defendant pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*.

2. The Fair Debt Collection Practices Act directs that attorney's fees and costs be awarded to a Plaintiff that successfully enforces an action, 15 U.S.C. § 1692k(a)(3).

3. On May 21, 2010, after a jury found that the Defendant had violated the FDCPA relating to the Plaintiff, Judgment was entered for the Plaintiff and against the Defendant in the amount of $10.00 statutory damages.

4. Having been successful in the action and enforcing liability against the Defendant the Plaintiff now seeks reasonable attorney's fees in the amount of $41,600.00,

      representing 133.1 hours charged by Mr. Larson at the rate of $250.00 per hour pursuant to 15 U.S.C. § 1692k(a)(3), and 33.3 hours charged by Mr. Wynkoop at the rate of $250.00 per hour pursuant to 15 U.S.C. § 1692k(a)(3),  and the Judgment entered by the Court on May 21, 2010.

5.    The attorney's fees and time spent by Plaintiff's counsel, Mr. Larson, on this matter is as follows:

| Date: | Service Rendered: | Time: | Fee: |
|---|---|---|---|
| 3/23/09 | Phone call from client | .25 | N/C |
| 3/24/09 | Meet with client to discuss claims, review written statement and and determine violations. | 1.0 | $250.00 |
| 3/26/09 | Draft JSO44 Sheet, Summons And Complaint | 1.5 | $375.00 |
| 3/26/09 | Email Complaint and related Documents to the Court for filing | .1 | $25.00 |
| 3/27/09 | Review Email from Court and download Court Stamped Summons and Complaint | .1 | $25.00 |
| 3/27/09 | Email Court Stamped Summons and Complaint to Process Server for service | .1 | $25.00 |
| 4/1/09 | Download and Review Court Order Referring Case to U.S. Magistrate Judge Boyd N. Boland | .1 | $25.00 |
| 4/3/09 | Review completed Return of Service and convert to PDF version for Electronic Filing | .1 | $25.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/3/09 | Electronically file Return of Service | .1 | $25.00 |
| 4/16/09 | Download and Review Answer | .5 | $125.00 |
| 4/20/09 | Download and Review Court Orders Setting Scheduling Conference and Settlement Conference | .2 | $50.00 |
| 5/5/09 | Draft proposed Protective Order documents, Emailed to Defendant's Counsel for approval | .3 | $75.00 |
| 5/5/09 | Email to Defense counsel re Protective Order Documents | .1 | $25.00 |
| 5/5/09 | Draft proposed Scheduling Order | .3 | $75.00 |
| 5/5/09 | Email Proposed Scheduling Order to Sara Green for approval | .1 | $25.00 |
| 5/6/09 | Review email from Defendant's counsel authorizing proposed Protective Order documents | .1 | $25.00 |
| 5/6/09 | Electronically file Proposed Protective Order Documents | .1 | $25.00 |
| 5/6/09 | Email proposed Protective Order to Judges chambers | .1 | $25.00 |
| 5/6/09 | Review email and attached proposed Scheduling Order from Defense counsel re proposed changes | .2 | $50.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/6/09 | Electronically filed proposed Scheduling Order With the Court | .1 | $25.00 |
| 5/6/09 | Email proposed Scheduling Order to Judges chambers | .1 | $25.00 |
| 5/6/09 | Draft Discovery Requests to Defendant | .5 | $125.00 |
| 5/7/09 | Received and reviewed Defendant's Discovery Requests to Plaintiff | .5 | $125.00 |
| 5/8/09 | Review File and Draft Confidential Settlement Statement | .5 | $125.00 |
| 5/8/09 | Email Confidential Settlement Statement To Magistrate Judge Boyd N. Boland | .1 | $25.00 |
| 5/8/09 | Review Court Signed Protective Order | .1 | $25.00 |
| 5/12/09 | Drive to Denver to Attend Scheduling / Settlement Conference | 1.5 | $375.00 |
| 5/12/09 | Attend Scheduling Conference / Settlement Conference | 1.00 | $250.00 |
| 5/12/09 | Drive to Colorado Springs after Attending Scheduling / Settlement Conference | 1.5 | $375.00 |
| 6/5/09 | Review email from Defendant re; Settlement Offer | .1 | $25.00 |
| 6/5/09 | Review Letter to Client re Offer | .1 | $25.00 |
| 6/9/09 | Emails to / from Defense Counsel Re Discovery extension | .5 | $125.00 |
| 6/9/09 | Efile Stipulation for Extension re | | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Discovery Requests with the Court | .1 | $25.00 |
| 6/18/09 | Phone call to Client re Discovery Requests | .3 | $75.00 |
| 6/18/09 | Review and Draft Discovery responses | 1.5 | $375.00 |
| 6/19/09 | Meeting with client re Discovery responses | 1.5 | $375.00 |
| 6/22/09 | Reviewed Defendant's responses to Plaintiff's first set of discovery requests | 3.0 | $750.00 |
| 6/28/09 | Review Defendant's Supplemental Responses to Discovery requests | 2.0 | $500.00 |
| 7/21/09 | Meet with client to prepare for Deposition | 3.0 | $750.00 |
| 7/22/09 | Attend Joshua Jackson Deposition | 5.5 | $1,375.00 |
| 8/3/09 | Draft Amended Complaint | 4.0 | $1,000.00 |
| 8/3/09 | Efile Motion to Amend Complaint | .1 | $25.00 |
| 8/4/09 | Review Court Minute Order | .1 | $25.00 |
| 8/10/09 | Attend Deposition of Terri Craft-Bell | .8 | $200.00 |
| 8/10/09 | Attend Deposition of Nicole Anderson | 1.5 | $375.00 |
| 8/10/09 | Attend Deposition of Patricia Pinelle | .5 | $125.00 |
| 8/10/09 | Attend Deposition of Marvin Willis | .5 | $125.00 |
| 8/17/09 | Review Defendant's Response to Motion To amend Complaint | .5 | $125.00 |
| 8/19/09 | Drive to Denver to attend motions hearing | 1.5 | $375.00 |
| 8/19/09 | Attend Motions Hearing | .5 | $125.00 |
| 8/19/09 | Drive to Colorado Springs after hearing | 1.5 | $375.00 |
| 8/28/09 | Draft Fed.R.Civ.P. 30(b)(6) Deposition | | |

|  |  |  |  |
|---|---|---|---|
|  | Notice for Defendant | 4.0 | $1,000.00 |
| 8/31/09 | Review Answer to Amended Complaint | 1.0 | $250.00 |
| 9/10/09 | Preparation for Dennis Christie Deposition | 3.0 | $750.00 |
| 9/11/09 | Deposition of Dennis Christie in California | 5.0 | $1,250.00 |
| 9/21/09 | Preparation for Stacy L. Cortez and Leslie A. Henkhaus Depositions | 2.0 | $500.00 |
| 9/22/09 | Deposition of Stacy L. Cortez in Texas | 1.5 | $375.00 |
| 9/22/09 | Deposition of Leslie A. Henkhaus in Texas | 1.0 | $250.00 |
| 10/8/09 | Drive to Denver to attend Deposition | 1.5 | $375.00 |
| 10/7/09 | Preparation for Deposition | 1.0 | $250.00 |
| 10/8/09 | Attend Joshua Jackson Deposition in Denver | 1.3 | $325.00 |
| 10/8/09 | Drive to Colorado Springs after Deposition | 1.5 | $375.00 |
| 10/13/09 | Review Defendant's Motion to Compel | 1.0 | $250.00 |
| 10/14/09 | Review Minute Order setting Hearing | .1 | $25.00 |
| 10/14/09 | Draft Motion to Compel | 2.0 | $500.00 |
| 10/14/09 | Efile Motion to Compel with the Court | .1 | $25.00 |
| 10/15/09 | Review Minute Order setting Hearing | .1 | $25.00 |
| 11/3/09 | Review Defendants Response to Motion to Compel | .5 | $125.00 |
| 11/3/09 | Draft Response to Defendant's Motion To Compel | 1.5 | $375.00 |
| 11/3/09 | Efile Response to Defendant's Motion to Compel with the Court | .1 | $25.00 |
| 11/6/09 | Drive to Denver to attend motions hearing | 1.5 | $375.00 |
| 11/6/09 | Attend Motions Hearing | 1.0 | $250.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/6/09 | Drive to Colorado Springs after hearing | 1.5 | $375.00 |
| 11/13/09 | Draft Unopposed Motion for Extension For Plaintiff to respond to Discovery | .2 | $50.00 |
| 11/13/09 | Efile Motion with Court | .1 | $25.00 |
| 12/8/09 | Draft Proposed Final Pretrial Order | 1.5 | $375.00 |
| 12/9/09 | Efile Proposed Final Pretrial Order | .1 | $25.00 |
| 12/9/09 | Attend Pretrial Conference by Telephone | .5 | $125.00 |
| 12/9/09 | Review Court Order Docket Entry # 42 | .1 | $25.00 |
| 12/18/09 | Draft Final Pretrial Order | 1.0 | $250.00 |
| 12/18/09 | Efile Proposed Final Pretrial Order | .1 | $25.00 |
| 12/18/09 | Draft Brief re Stipulated Facts | 1.5 | $375.00 |
| 12/18/09 | Efile Brief re Stipulated Facts | .1 | $25.00 |
| 12/18/09 | Review Defendant's Brief re Stipulated Facts | .5 | $125.00 |
| 12/22/09 | Attend Final Pretrial Conference by Telephone | .4 | $100.00 |
| 12/22/09 | Review Court Signed Final Pretrial Order | .1 | $25.00 |
| 12/29/09 | Review Court Order setting Trial and Trial Preparation Conference | .1 | $25.00 |
| 1/19/10 | Review Court Order Granting Defendants' Request for telephonic appearance | .1 | $25.00 |
| 1/22/10 | Draft Plaintiff's Objections to Defendants Proposed Trial Exhibits | .7 | $175.00 |
| 1/28/10 | Review Motion to Withdraw – Sara Green | .1 | $25.00 |
| 1/29/10 | Review Order Granting Withdrawal | .1 | $25.00 |
| 2/16/10 | Drive to Denver to attend settlement | | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | conference | 1.5 | $375.00 |
| 2/16/10 | Attend settlement conference | 2.5 | $625.00 |
| 2/16/10 | Drive to Colorado Springs after conference | 1.5 | $375.00 |
| 3/19/10 | Review Court Order re Trial Preparation Conference | .1 | $25.00 |
| 4/23/10 | Review Defendant's Proposed Voir Dire | .3 | $75.00 |
| 4/23/10 | Review Defendant's Proposed Exhibit List | .2 | $50.00 |
| 4/23/10 | Review Defendant's Proposed Witness List | .2 | $50.00 |
| 4/23/10 | Review Defendant's Proposed Jury Instructions | 2.0 | $500.00 |
| 4/23/10 | Review Defendant's Trial Brief | 1.0 | $250.00 |
| 4/23/10 | Review Defendant's Statement regarding Likelihood of settlement | .1 | $25.00 |
| 4/26/10 | Review Defendant's Motion in Limine Re: Unrelated Lawsuits, Complaints, etc. | .5 | $125.00 |
| 4/26/10 | Review Defendant's Motion in Limine Re: Marvin Willis | .5 | $125.00 |
| 4/26/10 | Review Defendant's Motion in Limine Re: Patricia Pinelle | .5 | $125.00 |
| 4/26/10 | Review Defendant's proposed amendments to Final Pretrial Order | .2 | $50.00 |
| 4/26/10 | Draft Trial Brief re Actual Damages | 1.0 | $250.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/26/10 | Efile Trial Brief with the Court | .1 | $25.00 |
| 4/26/10 | Draft Plaintiff's Statement re Settlement | .2 | $25.00 |
| 4/26/10 | Efile Plaintiff's Statement with the Court | .1 | $25.00 |
| 4/26/10 | Draft Stipulations of Fact | .3 | $75.00 |
| 4/26/10 | Efile Stipulations of Fact with the Court | .1 | $25.00 |
| 4/26/10 | Draft Plaintiff's Witness List | .2 | $50.00 |
| 4/26/10 | Efile Plaintiff's Witness List with the Court | .1 | $25.00 |
| 4/26/10 | Efile Joint Exhibit List with the Court | .1 | $25.00 |
| 4/26/10 | Draft Proposed Voir Dire | .4 | $100.00 |
| 4/26/10 | Efile Proposed Voir Dire | .1 | $25.00 |
| 5/3/10 | Draft Response to Motion in Limine Re: Other Lawsuits, Claims | .5 | $125.00 |
| 5/3/10 | Efile Response to Motion in Limine with the Court | .1 | $25.00 |
| 5/4/10 | Drive to Denver to attend Trial Preparation Conference | 1.5 | $375.00 |
| 5/4/10 | Attend Trial Preparation Conference | .5 | $125.00 |
| 5/4/10 | Drive to Colorado Springs after Conference | 1.5 | $375.00 |
| 5/5/10 | Review Draft Jury Instructions from Court | 1.0 | $250.00 |
| 5/5/10 | Review Defendants Objections to Court's Jury Instructions | .2 | $50.00 |
| 5/6/10 | Attend Status Conference | .8 | $200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/7/10 | Review Draft Jury Instructions from Court | .5 | $125.00 |
| 5/7/10 | Review Defendants Objections to Draft Jury Instructions | .2 | $50.00 |
| 5/8/10 | Trial Preparation including meeting with client | 8.0 | $2,000.00 |
| 5/9/10 | Trial Preparation including meeting with client | 8.0 | $2,000.00 |
| 5/10/10 | Jury Trial – Day 1 | 6.0 | $1,500.00 |
| 5/10/10 | Trial Preparation | 3.0 | $750.00 |
| 5/11/10 | Jury Trial – Day 2 | 8.0 | $2,000.00 |

**Total Attorneys Fees for David M. Larson:   133.1 hours at $250.00 = $33,275.00**

6. When it became apparent that no settlement could be reached with the Defendant undersigned counsel for the Plaintiff engaged the services of Richard Wynkoop, Esq. to assist in the trial of this case. Mr. Wynkoop's affidavit is attached as **Exhibit 1**. Mr. Wynkoop's affidavit outlines his experience, the justification for his hourly rate and the time he reasonably incurred on this case. Mr. Wynkoop is claiming $8,325.00 consisting of 33.1 hours at $250.00 per hour.

7. The total amount requested for Attorney's fees is $41,600.00 to be added to the current Judgment of $10.00 for a total Judgment amount of $41,610.00 plus costs, post-judgment interest and any additional amounts as determined by the Court.

8. Undersigned Plaintiff's counsel has been practicing law in the State of Colorado and U.S. District Court for the District of Colorado since 2001 and his hourly billing

rate is $250.00 per hour. The attorney's fees rate of $250.00 per hour sought in this case is reasonable and is consistent with that of other attorneys of like experience in handling litigation matters of this nature in the U.S. District Court for the District of Colorado and other Colorado Courts.

9. Plaintiff's counsel has been approved at $250.00 per hour as a reasonable rate in an FDCPA case in this Court in Brandon Babeon v. National Action Financial Services, Inc., 08-cv-00027-JLK-CBS.

10. Plaintiff's counsel has been approved at $250.00 per hour as a reasonable rate in an FDCPA case in this Court in Susan Skaer v. National Action Financial Services, Inc., 08-cv-00422-REB-MJW.

11. Plaintiff's counsel has been approved at $250.00 per hour as a reasonable rate in an FDCPA case in this Court in David Miller v. Cavalry Portfolio Services, LLC, 08-cv-00772-ZLW-KLM.

12. Plaintiff's counsel has been approved at $250.00 per hour as a reasonable rate in an FDCPA case in this Court in Jonathan Ocker v. National Action Financial Services, Inc., 08-cv-00421-REB-MJW.

13. Plaintiff's counsel has been approved at $250.00 per hour as a reasonable rate in an FDCPA case in this Court in Phillip Harper v. Phillips & Cohen, LTD., 08-cv-01500-REB-KLM.

14. The Plaintiff is also attaching an Affidavit from Michael Kleinman, Esq. attesting to the reasonableness of the time expended and the hourly rate of Plaintiff's counsel. The Affidavit of Michael Kleinman, Esq. is attached as **Exhibit 2** and

    incorporated by reference as if fully set forth herein**.** (Hereinafter referred to as: "Kleinman Affidavit").

15. The Kleinman Affidavit states in paragraph 4 that counsel for the Plaintiff's hourly rate of $250.00 is fair and reasonable in this community. The Wynkoop Affidavit states in paragraph 5 that counsel for the Plaintiff's rate is consistent with, and perhaps less than, rates charged by similarly qualified attorneys in Colorado and is consistent with the findings of the United States Consumer Law Attorney Survey 2008-09. Conducted by Ron Burge, Esq. in a national survey conducted amongst consumer law attorneys. The Kleinman Affidavit states in paragraph 6 that counsel for the Plaintiff's rate is also consistent with the most recent adjusted Laffey Matrix.

16. The Kleinman Affidavit states in paragraph 7 that the time expended by counsel for the Plaintiff is reasonable and consistent with appropriate legal practices.

17. The Kleinman Affidavit states in paragraph 10 that the fees sought are consistent with the customary practice in the Colorado market and that the rate is both reasonable and comparable with attorneys of similar experience.

18. Undersigned Plaintiff's counsel's relevant qualifications and experience that justify the reasonableness of the requested rate of $250.00 per hour include the following:

  A. Plaintiff's counsel has successfully resolved / litigated over 900 FDCPA cases on behalf of Plaintiffs in the U.S. District Court for the District of Colorado.

B. Plaintiff's counsel has undergone extensive training in the area of the Fair Debt Collection Practices Act. The following is a list of training conferences attended by Plaintiff's counsel:

1. National Consumer Law Center Conference (FDCPA Mini-Conference); Kansas City, MO – 2004;
2. National Consumer Law Center Conference, Chicago, IL – 2004;
3. National Consumer Law Center Conference; Boston, MA – 2004;
4. National Consumer Law Center Conference; Minneapolis, MN – 2005.
5. National Consumer Law Center Fair Debt Collection Practices Training Conference; Austin, TX – 2006.
6. National Consumer Law Center Conference; Miami, FL – 2006.
7. National Consumer Law Center Fair Debt Collection Practices Training Conference; Tucson, AZ – 2007.
8. National Consumer Law Center Fair Debt Collection Practices Training Conference; Nashville, TN – 2008.

C. Plaintiff's counsel has been a lecturer at the following national CLE's in the area of the Fair Debt Collection Practices Act:

1. National Consumer Law Center Fair Debt Collection Practices Training Conference; San Diego, CA – 2009.
2. National Consumer Law Center Fair Debt Collection Practices Training Conference; Jacksonville, FL – 2010.

D. Plaintiff's counsel is admitted to practice within the following State and Federal courts:

1. Supreme Court of the State of Colorado;

      2.    United States District Court, District of Colorado;

      3.    Supreme Court of the State of Kansas;

      4.    United States District Court, District of Kansas;

      5.    United States Court of Appeals for the Tenth Circuit.

E.    My attorney fee rate of $250.00 per hour is routinely paid in settlement by defendants in FDCPA cases I have filed in the U.S. District Court for the District of Colorado.

19.    The Affidavit of David M. Larson in Support of Motion for Attorneys Fees and Costs is attached as **Exhibit 3** and incorporated by reference as if fully set forth herein.

20.    Counsel for the Plaintiff has conferred with Defendant's Counsel regarding the relief requested in this motion and Defendant's counsel has informed Plaintiff's counsel that the Defendant opposes the relief requested in this motion.

WHEREFORE the Plaintiff prays that the Court enter an Order that reasonable attorney's fees in the amount of **$41,600.00** be added to the current Judgment of $10.00 and that a Judgment be entered in favor of the Plaintiff and against the Defendant in the amount of **$41,610.00** plus costs, post-judgment interest and any additional amounts as determined by the Court.

RESPECTFULLY submitted this 4th day of June, 2010.

    _s/ David M. Larson_____
David M. Larson, Esq.
405 S. Cascade Avenue Ste 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2010, I filed the foregoing Motion for Attorney Fees and Exhibits with the Clerk of the Court's CM-ECF System which will send notice of this filing to the following email addresses:

jlico@alp-pc.com,
swienczkowski@alp-pc.com,
rickwynkoop@yahoo.com

                                                                                                        _____s/ David M. Larson_____