Adam L. Plotkin, P.C.
621 Seventeenth Street, Suite 1800
Denver, CO 80293

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2010 | JL | Review/Analyze<br>Meeting with S. Wienczkowski regarding pleadings<br>and judge's procedures (.8). Review Final Pre-trial Order (.6).<br>Review Judge's Pretrial and Trial Procedures (2.0). Emails with<br>D. Christie regarding contact information and procedures (.5).<br>Call with Staci Key (.5).<br>Review deposition transcript of Plaintiff (1.9) | 6.30<br>225.00/hr | 1,417.50 |
| 3/24/2010 | JL | Manage data<br>Review and revise letter to Plaintiff's counsel (1.0).<br>Emails with S. Wienczkowski regarding parties and order (.3). | 1.30<br>225.00/hr | 292.50 |
| 4/1/2010 | JL | Draft/revise<br>Research case law for (2.0) and prepare initial draft<br>of Final Settlement Letter to Plaintiff's counsel (1.0). | 3.00<br>225.00/hr | 675.00 |
| 4/2/2010 | JL | Communicate/OUT<br>Emails with E. Franklin and D. Christie<br>regarding authority and Final Settlement Letter. | 0.20<br>225.00/hr | 45.00 |
| 4/5/2010 | JL | Communicate/OUT<br>Emails with D. Christie and E. Franklin<br>regarding Initial Letter to Plaintiff's counsel. | 0.50<br>225.00/hr | 112.50 |
| | JL | Draft/revise<br>Finalize and send letter to Plaintiff's counsel. | 0.50<br>225.00/hr | 112.50 |
| 4/6/2010 | JL | Communicate/OUT<br>Emails with E. Franklin and D. Christie<br>regarding Plaintiff work status and conflicts letter (.4).<br>Communication with A. Plotkin regarding trial strategy<br>with witness attendance issues (.1). | 0.50<br>225.00/hr | 112.50 |
| 4/16/2010 | JL | Communicate/FIRM<br>Meeting with S. Wienczkowski regarding<br>pre-trial motions and trial brief (.5). Emails with D. Christie<br>regarding trial dates and length (.4). | 0.90<br>225.00/hr | 202.50 |
| 4/19/2010 | JL | Draft/revise<br>Work on first draft of Trial Brief. | 3.00<br>225.00/hr | 675.00 |
| 4/20/2010 | JL | Draft/revise | 6.00 | 1,350.00 |

EXHIBIT A

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  |  | Continued drafting Trial Brief (5.5). Meeting with S. Wienczkowski regarding Trial Brief (.5). | | 225.00/hr |  |
|  | JL | Draft/revise Draft Motion in Limine regarding prior complaints. | | 1.00 225.00/hr | 225.00 |
|  | JL | Research Research statute and case law for inclusion in Trial Brief. | | 1.00 225.00/hr | 225.00 |
| 4/21/2010 | JL | Other activity Review Judge Miller's procedures and jury instructions (1.8) Call with Court clerk (.2). Review new case law (1.0). Revise trial brief (2.0). | | 5.00 225.00/hr | 1,125.00 |
| 4/22/2010 | JL | Litigation Work on Motions in Limine (2.0). Emails with Plaintiff's counsel regarding motions (.5). Research jury instructions (5.0). Work on amendments to Final Pretrial Order (1.5). | | 9.00 225.00/hr | 2,025.00 |
| 4/23/2010 | JL | Litigation Prepare Jury instructions (7.0), prepare trial exhibit List (.8), prepare trial witness list (.7), finalize Motions in Limine (1.5), emails with Plaintiff's counsel regarding motions (.3), prepare stipulated fact sheet (.7) | | 11.00 225.00/hr | 2,475.00 |
| 4/26/2010 | JL | Litigation Calls with Plaintiff's counsel regarding Plaintiff's trial documents (.5). Review Plaintiff's jury instructions (3.5), trial brief (1.2), witness list (.1), exhibit list (.1), and facts (.1). Meeting with A. Plotkin and S. Wienczkowski regarding Motions in Limine and trial exhibits (1.5). | | 7.00 225.00/hr | 1,575.00 |
| 4/27/2010 | JL | Online Research Research case law regarding Motions in Limine filed by Plaintiff. | | 3.00 225.00/hr | 675.00 |
|  | JL | Draft/revise Review Plaintiff's Motions in Limine. (.6) Review FDCPA sample motions and compare to Plaintiff's (.4) Meeting with A. Plotkin regarding Plaintiff's Motions (.5). | | 1.50 225.00/hr | 337.50 |

EXHIBIT A

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2010 | JL | Other activity<br>Meeting with Court clerk at courthouse to<br>discuss exhibit preparation and submission. | 1.00<br>225.00/hr | 225.00 |
| | JL | Review/Analyze<br>Compose exhibit notebook. (2.0) Review exhibits<br>and draft questions for D. Christie regarding areas of<br>confusion (1.5). Emails with D. Christie regarding conference<br>call (.3). Call with D. Christie regarding questions (1.2). | 5.00<br>225.00/hr | 1,125.00 |
| 4/29/2010 | JL | Communicate/OUT<br>Call with D. Christie regarding upcoming<br>Trial (.7). Emails with D. Christie regarding exhibits (.3).<br>Review exhibits (.5). | 2.00<br>225.00/hr | 450.00 |
| | JL | Review/Analyze<br>Review exhibits for stipulations and possible<br>trial questions. | 2.00<br>225.00/hr | 450.00 |
| 4/30/2010 | JL | Trial exhibits<br>Review Plaintiff's Jury Instructions (2.5).<br>Review statutory language for comparison to instructions (1.5).<br>Meeting with S. Wienczkowski and A. Plotkin regarding<br>proposed language and alternative instructions (.5). | 4.50<br>225.00/hr | 1,012.50 |
| 5/3/2010 | JL | Draft/revise<br>Research case law. (2.0)<br>Meeting with A. Plotkin regarding motions (.5).<br>Review motions and authority (.5).<br>Draft Responses to Plaintiff's Motions in Limine (2.5). | 5.50<br>225.00/hr | 1,237.50 |
| 5/4/2010 | JL | Appear/attend<br>Attend Final Pretrial Conference (.9).<br>Brief D. Christie on Conference. (.3) | 1.20<br>225.00/hr | 270.00 |
| | JL | Plan & Prepare<br>Prepare for Final Pretrial Conference. (1.5)<br>Review relevant case law and Plaintiff's arguments (1.0).<br>Review Plaintiff's Responses to Motions in Limine (.5). | 3.00<br>225.00/hr | 675.00 |
| | JL | Plan & Prepare<br>Review Plaintiff's deposition and prepare line item<br>list for impeachment purposes. | 4.00<br>225.00/hr | 900.00 |
| 5/5/2010 | JL | Litigation<br>Work on objections to jury instructions (1.7). Work on | 4.00<br>225.00/hr | 900.00 |

EXHIBIT A

Replies in Support of Motions in Limine (2.0). Meeting
with A. Plotkin regarding replies (.3).

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2010 | JL | Appear/attend<br>Prepare for and attend final Trial Prep Conference (1.0).<br>Brief client on rulings(.3).<br>Meeting with S. Wienczkowski regarding jury<br>instructions and trial brief (.7). | 2.00<br>225.00/hr | 450.00 |
| | JL | Plan & Prepare<br>Calls with D. Christie regarding deposition and trial (1.3).<br>Read deposition transcript (Christie) and prepare for trial (3.0).<br>Emails with Plaintiff's counsel regarding unavailable witness (.4).<br>Review Willis deposition (.7).<br>Research case law for jury instructions (.9).<br>Plan Motion in Limine and jury instruction arguments.(1.0) | 7.00<br>225.00/hr | 1,575.00 |
| 5/7/2010 | JL | Draft/revise<br>Draft Reply to Motions in Limine (1.0). Review Court's<br>proposed jury instructions (1.0). Draft written objections to jury<br>instructions (1.5). Review case law for Motions (1.0).<br>Meeting with A. Plotkin and S. Wienczkowski regarding Motions and Jury<br>Instructions (.5).<br>Read Plaintiff's deposition and document impeachment<br>Testimony (2.0). | 7.00<br>225.00/hr | 1,575.00 |
| 5/8/2010 | JL | Litigation<br>Prepare direct examination for D. Christie and S. Key (6.0)<br>Emails with A. Plotkin regarding direct examination (.4).<br>Review deposition transcripts for possible cross examination (2.6). | 9.00<br>225.00/hr | 2,025.00 |
| 5/9/2010 | JL | Litigation<br>Prepare cross examination for Plaintiff (4.0). Draft and<br>Revise Opening Statement (1.5). Review and revise voir dire (1.0).<br>Emails with A. Plotkin regarding trial (.2). Meeting with D. Christie<br>and S. Cortez regarding trial (1.3). | 8.00<br>225.00/hr | 1,800.00 |
| 5/10/2010 | JL | Litigation<br>Review voir dire.(1.0)  Review Opening (1.0). Participate<br>In jury trial. (6.0)<br>Meeting with D. Christie and S. Cortez regarding testimony (3.0).<br>Prepare closing and Rule 50 motions (4.0). | 15.00<br>225.00/hr | 3,375.00 |
| 5/11/2010 | JL | Litigation<br>Attend jury trial (8.0). Meeting with D. Christie and S.<br>Cortez regarding testimony (1.5).<br>Meeting with A. Plotkin regarding trial (1.5). | 11.00<br>225.00/hr | 2,475.00 |

EXHIBIT A

|            |     |                                                                                                                                                                                                                             | Hrs/Rate         | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 5/12/2010  | JL  | Litigation<br>Attend jury trial verdict. (.8)<br>Meeting with D. Christie regarding verdict. (1.0)<br>Meeting with A. Plotkin and S. Wienczkowski regarding verdict. (.2)<br>Call with B. Franklin regarding verdict (.5).   | 2.50             | 562.50     |
| 5/13/2010  | JL  | Review/Analyze<br>Review Court Order regarding statutory damages (.3).<br>Meeting with A. Plotkin and S. Wienczkowski regarding Order. (.3)<br>Call with D. Christie regarding Order. Call with B. Franklin regarding Order.(.4) | 1.00<br>225.00/hr | 225.00     |
| 6/4/2010   | JL  | Draft/revise<br>Draft Motion for Order Finding Certain Claims in Bad Faith and for Purpose of Harassment.                                                                                                                    | 5.50<br>225.00/hr | 1,237.50   |
|            |     |                                                                                                                                                                                                                             | 138.70           | $31,207.50 |

EXHIBIT A