IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00680-WDM-BNB

JOSHUA JACKSON,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

    Defendant.

---

**AFFIDAVIT OF JOSEPH J. LICO, ESQ.**

---

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| CITY AND COUNTY OF DENVER | ) |

I, Joseph J. Lico, Affiant herein, being first duly sworn, states as follows:

1. I, Joseph J. Lico, have personal and first-hand knowledge of the matters set forth herein.

2. I am an attorney with Adam L. Plotkin, P.C., and counsel for Defendant.

3. I have been practicing law in the state of Colorado since 1998. I am also licensed to practice law in the state of Arizona.

4. I have tried over one hundred (100) bench and jury trials in the state of Colorado.

5. I have defended over one hundred fifty (150) FDCPA cases in the United States District Court for the Districts of Colorado and Arizona.

6. I have personal knowledge of the work performed in this case.

7. Adam L. Plotkin, P.C. was retained in this matter to represent Diversified Collection Services, Inc.

8. I acted as lead counsel for Defendant in this case since March 2010 and made all decisions regarding the handling of the defense of Plaintiff's claims.

9. Attached to Defendant's Motion for Attorneys' Fees as **Exhibit A** is an invoice reflecting the attorneys' fees associated with Defendant's defense of the case filed against it by Plaintiff including fees required to defend the meritless allegations of actual damages, naming Ms. Key as an individual defendant and ten meritless claims.

10. The total amount of fees incurred relative to the Motion for Attorneys' Fees is $29,647.12. This amount was reached by taking my time records and applying a formula of taking the first fifty percent (50%) and applying that amount to actual damages. Another twenty-five percent was taken for having to defend Ms. Key in an individual capacity. Finally, I took eighty percent (80%) of the remaining twenty-five percent (25%) to account for ten (out of thirteen) meritless claims.

11. The amount claimed represents fees incurred as a result of Plaintiff's needless multiplication of proceedings in this case by failing to timely withdraw his claim for actual damages, failing to timely withdraw Ms. Key as an individual defendant, and continuing to push forward on ten meritless claims.

12. Based upon my knowledge of the case, the fees set forth in **Exhibit A** to Defendant's Motion for Attorneys' Fees are true and accurate, and were necessarily incurred in this case relating to Defendant's defense of the case filed by Plaintiff against it including fees required to defend the meritless allegations of actual damages, naming Ms. Key as a named defendant and ten meritless claims.

EXHIBIT B

Dated this 25th day of April, 2011.

_____
Joseph J. Lico, Esq.

Subscribed and sworn to before me this 25th day of April, 2011 by Joseph J. Lico, Esq.

[Seal]     My Commission Expires:_____.

_____
Amber Barger
Notary Public

EXHIBIT B