IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00680-WDM-BNB

JOSHUA JACKSON,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

    Defendant.

## AFFIDAVIT OF ALAN GREENBERG, ESQ.

Alan Greenberg being first duly sworn, deposes and states that:

1. I am an active attorney in good standing in the State of Colorado.

2. I have defended approximately 32 Fair Debt Collection Practices Act ("FDCPA") cases over the last 11 years; 17 in the United States District Court for the District of Colorado,

3. I am admitted to the United States District Court for the District of Colorado.

4. I am familiar with the work that is entailed in defending an FDCPA matter.

5. I have briefed and argued many cases regarding the FDCPA in the United States District Court for the District of Colorado.

6. I have tried over 250 cases in both state and federal courts.

7. I have amicably resolved over 21 FDCPA cases via settlement.

8. I am familiar with the hourly rates charged by FDCPA defense attorneys in Colorado.

9. I have reviewed Defendant's Itemized Time Entries attached to this Motion as Exhibit A.

10. I have reviewed Mr. Lico's professional history.

EXHIBIT C

2

11. Based upon my years of experience defending FDCPA cases and based upon my research into the current rates for FDCPA attorneys, the hourly rate charged by Mr. Lico is reasonable, and in fact lower than the rates charged by many other attorneys with his experience.

12. Based upon my years of experience defending FDCPA cases and based upon my research into the current rates for FDCPA attorneys, in my opinion, the work performed and hourly rate charged by Mr. Lico were reasonable.

I understand that I am affirming the truth of the factual claims made in this declaration.

Dated: April 25, 2011

By: /s/ Alan Greenberg_____
     Alan Greenberg

EXHIBIT C