IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00680-WDM-BNB

JOSHUA JACKSON,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.

## SUPPLEMENT/AMENDED EXHIBITS TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES

COMES NOW the Defendant, Diversified Collection Services, Inc., (the "Defendant") by and through its counsel, Adam L. Plotkin, P.C., and submits the following Supplement/Amended Exhibits to Defendant's Motion for Attorneys' Fees:

    Exhibit B: Affidavit of Joseph J. Lico

    Exhibit C: Affidavit of Alan Greeneberg

    Exhibit D: Affidavit of Irvin Borenstein

Previous copies of the exhibits filed were inadvertently filed in draft format and did not contain the necessary notary block and signature.

Respectfully submitted this 28th day of April, 2011.

                        Respectfully submitted,

                        ADAM L. PLOTKIN, P.C.

By: s/ Joseph J. Lico

**Adam L. Plotkin**
**Joseph J. Lico**
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293
Telephone: (303) 296-3566
FAX: (303) 296-3544
E-mail: jlico@alp-pc.com
Attorneys for Defendant

### Certificate of Service

I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

larsonlawoffice@gmail.com

By: s/ Joseph J. Lico

**Joseph J. Lico**